# In the United States Court of Federal Claims

No. 12-516 C

(Filed May 29, 2013)

```
*  *  *  *  *  *  *  *  *  *  *  *  *  *     *
                                            *
EXTREME COATINGS, INC.                      *
                                            *
              Plaintiff,                    *
                                            *
        v.                                  *
                                            *
THE UNITED STATES,                          *
                                            *
              Defendant.                    *
                                            *
*  *  *  *  *  *  *  *  *  *  *  *  *  *     *
```

## ORDER

On May 24, 2013, defendant filed an Unopposed Motion For Entry of a Non-Waiver Order.  In its motion, defendant states that "the parties seek to avoid the waiver of certain privileges in the event of the inadvertent production of privileged materials in discovery."  Def.'s Mot. at 1.  The stipulated agreement attached to the motion "sets forth procedures for the production of privileged materials and the Court's review of the parties' challenges to certain privileges." *Id.*  Defendant represents that plaintiff does not oppose its motion.

The court has reviewed the "Stipulated Non-Waiver Agreement Pursuant to Federal Rule of Evidence 502 Regarding Production of Documents" attached to defendant's motion, and sees no obvious flaws in the terms of the proposed order requested by defendant.  The court therefore grants defendant's unopposed motion. A separate order which sets forth the parties' agreement verbatim will issue on this date.

Accordingly, it is hereby **ORDERED** that Defendant's Unopposed Motion For Entry of a Non-Waiver Order, filed May 24, 2013, is **GRANTED**.

/s/ Lynn J. Bush

LYNN J. BUSH

Judge