# In the United States Court of Federal Claims

No. 12-516 C
(Filed November 5, 2013)

```
* * * * * * * * * * * * * * *  *
EXTREME COATINGS, INC.         *
                               *
          Plaintiff,           *
                               *
     v.                        *
                               *
THE UNITED STATES,             *
                               *
          Defendant.           *
* * * * * * * * * * * * * * *  *
```

### ORDER

On October 31, 2013, defendant filed an Unopposed Motion for an Enlargement of Time of discovery deadlines in this matter. Therein, defendant requests that the court extend the discovery deadlines in its May 30, 2013 order by sixty days. Accordingly, it is **ORDERED** that defendant's motion is **GRANTED**; and the parties' discovery deadlines are extended as follows:

(1) All **fact discovery**, including production of documents, depositions, interrogatories and requests for admission, shall be **COMPLETED** no later than **February 11, 2014**;

(2) The parties shall comply with all requirements of RCFC 26(a)(2) with respect to disclosure of expert testimony within the stated discovery deadline unless the parties request additional time for expert discovery and/or disclosure;

(3) On or before **February 14, 2014**, the parties shall disclose **expert witnesses**;

(4) Plaintiff's **expert report(s)** shall be disclosed on or before **May 9, 2014**;

(5) Defendant's **rebuttal expert report(s**) shall be disclosed on or before **June 30, 2014**.

(6) All **expert discovery** shall be **COMPLETED** no later than **August 22, 2014**; and

(7) On **September 5, 2014**, or two weeks after completion of discovery, whichever occurs earlier, counsel are directed to **FILE** a **Joint Status Report**.  The status report shall state whether settlement is a feasible option in this case or whether the parties intend to file dispositive motions.  If dispositive motions are to be filed, the status report shall set forth a proposed schedule in that regard.  If neither settlement nor dispositive motions are viable, the parties shall set forth a proposed schedule for the exchanges required by Appendix A, ¶ 13 and the filings required by ¶¶ 14 through 17.

/s/Lynn J. Bush
LYNN J. BUSH
Judge